STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WARREN HOSPITAL, DEFENDANT-PETITIONER.

See same case below: 104 *N. J. Super.* 409.

*Mr. James A. Tirrell, Jr.* for the petitioner.

*Mr. Arthur J. Sills, Mr. Stephen L. Skillman* and *Mr. Howard M. Kaplan* for the respondent.

April 29, 1969. Denied.

ROBERT E. WILLIAMS, PLAINTIFF-PETITIONER, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 104 *N. J. Super.* 403.

*Mr. Charles L. Morgan* for the petitioner.

*Messrs. Campbell, Mangini, Foley, Lee & Murphy* and *Mr. Michael J. Cernigliaro,* for the respondent.

April 29, 1969. Granted.

ROBERT WAGNER, PLAINTIFF-PETITIONER, v. ARTHUR KOOP, DEFENDANT-RESPONDENT.

*Messrs. Meredith; Meredith & Chase* for the petitioner.

*Mr. Richard M. Belson* for the respondent.

April 29, 1969. Denied.